## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, DONNA KNEZEVICH, JOSEPH KNEZEVICH, ELAINE VECHORIK, ROY NICHOLSON, JANE COLN, DORIS LEE, MARK PATRICK, JULIE PATRICK, PAUL PATRICK, SYBIL TRIBBLE, CHAD HIGDON, JENNIFER HIGDON AND DAVID PHILLEY<br><br>        Plaintiffs,<br><br>v.<br><br>THE HONORABLE DELBERT HOSEMANN, in his official capacity as Secretary of State for the State of Mississippi, THE REPUBLICAN PARTY OF MISSISSIPPI<br><br>        Defendants. | § § § § § § § § § § § § § § § § § § § | Cause No. 3:14cv144-MPM-SAA |

## PLAINTIFFS' DISCLOSURE STATEMENT

TO THE HONRABLE DISTRCIT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record certifies that in additional to the undersigned counsel, the following persons and entities have an interest in the outcome of this litigation. These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.

1. True the Vote, True the Vote, a registered 501(c)(3) corporation with no parent corporation or publically held corporation owning more than 10% of stock,

2. Donna Knezevich,

3. Joseph Knezevich,

4. Elaine Vechorik,

5. Roy Nicholson,

6. Jane Coln,

7. Doris Lee,

8. Mark Patrick,

9. Julie Patrick,

10. Paul Patrick,

11. Sybil Tribble,

12. Chad Higdon,

13. Jennifer Higdon,

14. David Philley,

15. The Mississippi Secretary of State, Delbert Hosemann, in his official capacity, and

16. The Republican Party of Mississippi

Dated: July 01, 2014

Respectfully submitted,
/s/     *L. Eades Hogue*

Joseph M. Nixon
Texas State Bar No. 15244800
jnixon@bmpllp.com
Kristen W. McDanald
Texas State Bar No. 24066280
kmcdanald@bmpllp.com
Kelly H. Leonard
Texas State Bar No. 24078703
kleonard@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas  77056
(713) 623-0887   Tel.
(713) 960-1527   Fax
(Pro Hac Vice Motions Forthcoming)

James E. "Trey" Trainor, III.
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700   Tel.
(512) 623-6701   Fax
(Pro Hac Vice Motion Forthcoming)

L. Eades Hogue
Mississippi State Bar No. [insert]
Louisiana State Bar No. [insert]
ehogue@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
Pan-American Life Center
601 Poydras Street
Suite 2200
New Orleans, LA 70130
(504) 586-1241 Tel.
(504) 584-9142 Fax

***Counsel for Plaintiffs***