FORM 6 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## Northern DISTRICT OF MISSISSIPPI

True the Vote, Donna Knezevich, Joseph
Knezevich, Elaine Vechorik, Roy Nicholson, Jane
Coln, Doris Lee, Mark Patrick, Julie Patrick, Paul     Plaintiffs
Patrick, Sybil Tribble, Chad Higdon, Jennifer
Higdon and David Philley

v.                                                     CIVIL ACTION
                                                       NO.  3:14cv-144-MPM-SAA

The Honorable Delbert Hosemann, in his official
capacity as Secretary of State for the State of
Mississippi, The Republican Party of Mississippi
                                                       Defendant


## APPLICATION FOR ADMISSION PRO HAC VICE


**(A)**   Name:            Joseph M. Nixon

          Firm Name:       Beirne, Maynard & Parsons, LLP

          Office Address:  1300 Post Oak Blvd, Ste 2500

          City:            Houston              State TX       Zip 77056
          Telephone:       713-623-0887         Fax: 713-960-1527
          E-Mail:          jnixon@bmpllp.com


**(B)**   Client(s):       Plaintiffs, True the Vote, et al

          Address:         c/o Joseph Nixon
                           Beirne, Maynard & Parsons, LLP

          City:            Houston              State TX       Zip 77056
          Telephone:       713-623-0887         Fax: 713-960-1527

FORM 6 (ND/SD MISS. DEC. 2011)

|  |  | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☒ |
|  | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☒ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☒ |

FORM 6 (ND/SD MISS. DEC. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)** Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None - Not Applicable | | |

**(H)** Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| None - Not Applicable | |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |     | Yes | No |
|-----|-----|-----|-----|
| **(I)** | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☒ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☒ | ☐ |

**(J)** Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: L. Eades Hogue  Mississippi State Bar No. 2498
Louisiana State Bar No. 1960
Firm Name: Beirne, Maynard & Parsons, LLP

Office Address: Pan-American Life Center
601 Poydras Street, Suite 2200
City: New Orleans        State LA     Zip 70130
Telephone: (504) 586-1241       Fax: (504) 584-9142
E-Mail: ehogue@bmpllp.com

**(K)** The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ L. Eades Hogue
Resident Attorney

I certify that the information provided in this Application is true and correct.

July 7, 2014
Date

Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

Form 6 (ND/SD Miss. Dec. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 7th day of July, 2014.

_____
Applicant